**PLEASE RECEIPT AND RETURN**

RECEIVED

2008 FEB 8 PM 4:19

U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
  )
   Plaintiff )  CRIMINAL NO. 08mj 0280
  )
  )    ORDER
 vs. )
  )  RELEASING MATERIAL WITNESS
Bien Vu Hai Tran )
  )  Booking No.
  )
   Defendant(s) )

On order of the United States District/**Magistrate Judge**,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Socorro Oseguera-Perez

DATED: 2/8/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
             DUSM

OR
W. SAMUEL HAMRICK, JR.  Clerk
by
   Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082